# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512)463-1733

Date:          May 22, 2015

Case Number:  03-15-00119-CV
Trial Court No.: C-1-CV-15-000342

Style:         Patrick Quigley v. Jeffrey Langle

RECEIVED

JUN 0 1 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

The enclosed opinion and judgment were sent this date to the following persons:

The Honorable Eric Shepperd
County Court at Law No. 2
Travis County Courthouse
1000 Guadalupe St., #211
Austin, TX 78701
* DELIVERED VIA E-MAIL *

The Honorable Dana DeBeauvoir
Civil County Clerk
Travis County Clerk's Office
P. O. Box 149325
Austin, TX 78714
* DELIVERED VIA E-MAIL *

Patrick Quigley
4114 Manana Mountain Circle
Spicewood, TX 78669

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Jeffrey Langle
3000 Crawford
Spicewood, TX 78669

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2015

## NO. 03-15-00119-CV

**Patrick Quigley, Appellant**

v.

**Jeffrey Langle, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on February 13, 2015. Having reviewed the record, the Court holds that Patrick Quigley has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00119-CV

Patrick Quigley, Appellant

v.

Jeffrey Langle, Appellee

---

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
NO. C-1-CV-15-000342, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## MEMORANDUM OPINION

On May 1, 2015, this Court sent notice to Patrick Quigley that the clerk's record was overdue and that this Court had received notice from the Travis County clerk's office that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that Quigley make arrangements for the record and submit a status report. Quigley also was notified that his appeal would be dismissed for want of prosecution if he did respond to this Court by May 11, 2015. To date, Quigley has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).



# COURT OF APPEALS

### THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.40⁶
02 1W
0001401603 MAY 22 2015

**RECEIVED**

JUN 0 1 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE



PATRICK QUIGLEY
4114 MANANA MOUNTAIN CIRCLE
SPICEWOOD TX 78669

NIXIE        787    DE 1270        0005/27/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711254747    *0893-04611-27-19

B1  KQ√-53B 78